UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80156-CIV-DIMITROULEAS

CLEAN CULTURE LABORATORIES,
LLC,

    Plaintiff,
vs.

OZNATURALS, LLC,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge William Matthewman (the "Report") [DE 42], issued on June 24, 2025, and Plaintiff's Motion to Reopen Case in Addition to Motion to Enforce Settlement Agreement [DE 28]. The Court notes that no objections to the Report [DE 42] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 42] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 42] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 42] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 28] is hereby **GRANTED;**

3. Pursuant to Fed. R. Civ. P. 58(a), the Court will enter a separate Final Judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record